# United States District Court

MIDDLE DISTRICT OF FLORIDA  
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

JESSICA MURILLO

**WARRANT FOR ARREST**

CASE NUMBER: 8:09-MJ-

**8:09 MJ 1444 MAP**

To: The United States Marshal  
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JESSICA MURILLO and bring her forthwith to the nearest magistrate to answer a ☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition charging her with wire fraud affecting a financial institution. In violation of Title 18, United States Code, Sections 1343 and 2.

| MARK A. PIZZO | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| /s/ Mark A. Pizzo | Oct 7, 2009  Tampa, FL |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $ _____ by _____  
Name of Judicial Officer

FILED 09 OCT 19 PM 3:04

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Sign for IRS | Rachel M____ |
| DATE OF ARREST 10-14-2009 | | |