AO 98   (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

for the   District of   New Jersey

RECEIVED 2009 OCT 22 PM 1:22

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA   FILED
OCT 14 2009
WILLIAM T. WALSH, CLE

UNITED STATES OF AMERICA
V.

JESSICA MURILLO

APPEARANCE BOND

Defendant

Case   09-mj-4128-01

Non-surety: I, the undersigned defendant acknowledge that I and my...
~~Surety: We, the undersigned, jointly and severally acknowledge that we and our...~~
~~personal representatives, jointly and severally,~~ are bound to pay to the United States of America the sum of
$ 200,000   , and there has been deposited in the Registry of the Court the sum of
$ _____ ~~in cash~~ _____ (describe other _____

The conditions of this bond are that the defendant _____ JESSICA MURILLO _____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any
and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a
condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which
the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such
matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall
continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this
bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount
of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United
States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and
if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against
each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued
and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed   10-14-09   at   Newark, NJ
                     Date                         Place

Defendant _____   Address 184 Broad St., Keyport, NJ 07735

Surety _A. Prinzo_   Address 99 Green Grove Ave., Keyport, NJ 07735
       ANTOINETTE PRINZO

Surety _____   Address 1006 Edgewood Ln, FL. 2, Fort Lee, NJ 07024
       JAZMINE MURILLO

Signed and acknowledged before me   10-14-09
                                    Date

_____ _____
Judge/Clerk

Approved: _Clive C. Cuvie_

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or bot

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 10/14/09

_____
*Judicial Officer's Signature*

Hon. Claire C. Cecchi, U.S. Magistrate Judge
*Printed name and title*

(REV. 1/09)                                                                                                                           PAGE 3 OF 3