UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	Case No. 8:10-cr-53-T-26EAJ

JESSICA MURILLO

## VERDICT

1. **Count One of the Indictment**

   As to the offense of wire fraud affecting a financial institution, in violation of 18 U.S.C. § 1343,

   We, the Jury, find the Defendant, **JESSICA MURILLO**:

   Guilty __X__      Not Guilty _____

   **SO SAY WE ALL**, this _20_ day of _July_, 2010.

   _____
   FOREPERSON