**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                          CASE NO: 8:10-cr-53-T-26 EAJ

JESSICA MURILLO
_____/

**O R D E R**

Upon due consideration of Defendant's motion for new trial filed pursuant to Rule 33 of the Federal Rules of Criminal Procedure, together with the substantive and procedural history of this case, it is ordered and adjudged that Defendant's Motion for New Trial (Dkt. 56) is denied. In the Court's view, the issues which Defendant raise in support of a new trial, either individually or considered collectively, are insufficient to persuade the Court that the interest of justice requires a new trial.

**DONE AND ORDERED** at Tampa, Florida, on July 27, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record